

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00417-CV

## IN THE INTEREST OF E.J., J.J., V.J., AND C.J.X., CHILDREN,

**From the 85th District Court
Brazos County, Texas
Trial Court No. 15-000408-CV-85**

## ORDER

Appellants' pro se response to their counsel's *Anders* brief was due March 7, 2017.

They request an extension of time in the amount of 20 days to file the response.

Appellants' request is granted. The pro se response is due March 27, 2017.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted
Order issued and filed March 22, 2017

